UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GUSRAE KAPLAN NUSBAUM PLLC and RYAN J. WHALEN,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>APPLIED ENERGETICS, INC., GREGORY J. QUARLES, BRADFORD ADAMCZYK, JONATHAN BARCKLOW, JOHN SCHULTZ, DAN W. BAER, MASUR GRIFFITTS + LLP, MARY O'HARA, ENTERPRISE COUNSEL GROUP, and BEN PUGH,<br><br>　　　　　　　　　　　Defendants. | Case No. 1:19-CV-06200-DCF |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiffs Gusrae Kaplan Nusbaum PLLC ("GKN") and Ryan J. Whalen, appearing *pro se* and as counsel for GKN, (collectively, "Plaintiffs"), hereby give notice that the above-captioned action is voluntarily dismissed without prejudice against defendants, Applied Energetics, Inc., Gregory J. Quarles, Bradford Adamczyk, Jonathan Barcklow, John Shultz, Dan W. Baer, Masur Griffits + LLP, Mary O'Hara, Enterprise Counsel Group and Ben Pugh.

*-remainder of page intentionally left blank-*

Dated: August 5, 2021                    Respectfully submitted,

                                                                       **GUSRAE KAPLAN NUSBAUM PLLC**

By:   /s/ Ryan J. Whalen
        Ryan J. Whalen, Esq. (RW4799)
        120 Wall Street, 25th Floor
        New York, New York 10005
        Tel: (212) 269-1400
        Fax: (212) 809-5449
        Email: rwhalen@gusraekaplan.com

*Pro Se and Counsel for Plaintiff Gusrae Kaplan Nusbaum PLLC*